## JOVITA PEREZ *v.* UNITED STATES

**No. 8118.—**
Entry No. 1671.

First Division, Appellate Term

(Decided May 22, 1952)

*Lamb & Lerch* (*John G. Lerch* of counsel) for the appellant.
*Charles J. Wagner*, Acting Assistant Attorney General, for the appellee.

Before OLIVER, COLE, and MOLLISON, Judges

COLE, Judge:  This application for review having been formally abandoned is hereby dismissed.

Judgment will be rendered accordingly.